UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

HENRY TUCKER, on behalf of himself and
All others similarly situated,                    18 Civ. 5132 (RWS)

                Plaintiffs,                    ORDER OF DISMISSAL

    -against-

HILTI, INC.,

                Defendant.

------------------------------------



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/18

**Sweet, D.J.**

    The parties having reached a settlement in principle, it is ORDERED that the above-entitled action be and is hereby dismissed without costs and without prejudice to the right to reopen within thirty days of the date of this Order if the settlement is not consummated.

    Any application to reopen must be filed within thirty days of this Order; any application to reopen filed thereafter may be denied solely on that basis. Furthermore, if the parties wish for the Court to retain jurisdiction for the purpose of enforcing any settlement agreement, parties must provide a letter to be "so ordered" by the Court within the same thirty-day period.

Any pending motions are dismissed as moot and all deadlines are stayed. The Clerk of Court is directed to close the cases.

It is so ordered.

New York, NY
September 21, 2018

ROBERT W. SWEET
U.S.D.J.